UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-9466-MWF(JCx)**                                        Date:  January 31, 2025

Title       ***Leopoldo Lomeli v. Jaguar Land Rover North America, LLC***

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 3, 2024, the Court filed an Order Setting Scheduling Conference (the "Order").  (Docket No. 12).  A Scheduling Conference was set for January 6, 2025, and the parties' Joint Rule 26(f) Report was due no later than December 23. 2024.

On December 23, 2024, the parties filed their Joint Rule 26(f) Report (the "Report").  (Docket No. 13).  The Report did not include the required Schedule of Pretrial and Trial Dates Worksheet, attached to the Order as Exhibit A.  However, the parties stated in the Report:  "[T]he Parties agree to try this case before a magistrate judge."  (*See* Report, p. 7, ¶ 17).

In light of the parties' stated agreement to try this case before a magistrate judge, on December 26, 2024, the Court filed an Order vacating the Scheduling Conference, directing the parties to the Court's website regarding Voluntary Consent to Magistrate Judges, and ordering the parties to file a completed Form CV-11D to consent to a magistrate judge to try this matter.  That completed form was due no later than January 24, 2025.  (*See* Order, Docket No. 14).

The parties have not filed Form CV-11D to consent to a magistrate judge. The Court cannot set pretrial and trial dates because the parties did not file the required Schedule of Pretrial and Trial Dates Worksheet.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-9466-MWF(JCx)**                                                      Date:  January 31, 2025

Title            ***Leopoldo Lomeli v. Jaguar Land Rover North America, LLC***

The Court **ORDERS** the parties to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 14, 2025**:

- The filing of a completed Form CV-11D.  See http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-magistrate-judges for information and the form.
    OR
- A completed Schedule of Pretrial and Trial Dates Worksheet (see Exhibit A to the Order), lodged utilizing the Notice of Lodging event.

If the parties do not file a Form CV-11D and instead lodge the completed worksheet, the Court will set pretrial and trial dates.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **FEBRUARY 14, 2025,** may result in the dismissal of this action, or the striking of Defendant's Answer.

IT IS SO ORDERED.