JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEOPOLDO LOMELI,

     Plaintiff,

  v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC, ET AL.,

     Defendants.

Case No. 2:24-cv-09466-JC

**ORDER DISMISSING ACTION**

On January 9, 2026, the assigned mediator filed a Mediation Report reflecting that this case had fully settled on November 24, 2025. (Docket No. 28). On January 15, 2026, the parties filed a Joint Report Re ADR – Case Settled ("Joint Report") which reflects that the parties reached a settlement in principle on or about December 10, 2025, and are in the process of finalizing resolution of the paperwork corresponding to the same. (Docket No. 29).

Having considered the Mediation Report and Joint Report, and finding good cause therefor, the Court hereby ORDERS:

///

1. All deadlines governing this action are VACATED.

2. The Court DISMISSES the action without prejudice.  The Court retains jurisdiction to vacate this Order and to reopen the action within thirty (30) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court.  Such stipulation shall be filed within the aforementioned 30-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: January 16, 2026          _____/s/_____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

2